CASE UNSEALED PER ORDER OF COURT

SEALED

FILED
NOV 09 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HENRY DOUGLAS,<br><br>Defendant. | Case No.:<br><br>**18MJ5795**<br><br>COMPLAINT FOR VIOLATIONS OF:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm (Felony);<br>21 U.S.C. § 841(a)(1) - Possession of Methamphetamine with Intent to Distribute (Felony);<br>21 U.S.C. § 841(a)(1) - Possession of Heroin with Intent to Distribute (Felony);<br>18 U.S.C. § 924(c)(1)(A) - Possession of a firearm in furtherance of a drug trafficking crime (Felony) |

The undersigned complainant being duly sworn states:

## COUNT ONE

On or about October 30, 2018, within the Southern District of California, defendant MICHAEL HENRY DOUGLAS, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Smith and Wesson .38 caliber revolver bearing serial number CHJ8719, loaded with three rounds; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

On or about October 30, 2018, within the Southern District of California, the defendant MICHAEL HENRY DOUGLAS, did knowingly possess with the intent to distribute approximately 3.56 grams of methamphetamine, a Schedule II Controlled Substance; in

violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about October 30, 2018, within the Southern District of California, the defendant MICHAEL HENRY DOUGLAS, did knowingly possess with the intent to distribute approximately 6.75 grams of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about October 30, 2018, within the Southern District of California, defendant MICHAEL HENRY DOUGLAS, in furtherance of a drug trafficking crime, namely possessing with the intent to distribute methamphetamine and heroin as charged in Count Two and Count Three, did knowingly possess and discharge a firearm, that is, a .38 caliber Smith and Wesson revolver; in violation of Title 18, United States Code, Section 924(c)(1)(A).

The complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Belinda Perez
ATF Special Agent

Sworn to me and subscribed in my presence this 9th day of November, 2018.

HON. ROBERT A. MCQUAID
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On October 30, 2018, Chula Vista police officers responded to the Rodeway Inn at 372 Broadway in Chula Vista, California. Earlier that morning, a guest at the inn reported to hotel management that he heard a loud noise at approximately 2:00 a.m., and, when he awoke at about 7:30 a.m., he discovered a hole in his wall, debris on the floor, and an expended bullet on the floor. The hole in the wall was located in close proximity to where the victim's head had been while he was sleeping.

Once officers arrived, they observed that the bullet appeared to have come from the adjacent room. Officers asked the hotel staff to call the occupant of the adjacent room, later identified as Michael Henry Douglas. Douglas answered the phone and stated that he would come outside. Officers detained Douglas, and Douglas stated that he did not own a firearm and did not consent to a search of his room. Because Douglas would not consent to a search, officers began the process of obtaining a search warrant for the room. While awaiting the warrant, however, Douglas asked the officers, "Is discharging a firearm in Chula Vista a Misdemeanor or Felony?" Officers responded that Chula Vista municipal code violations were misdemeanors. Douglas then stood up, asked to point at something in the room, and gave officers permission to lift the right side of his pillow. When they did so, officers discovered a loaded .38 caliber Smith and Wesson revolver inside the pillow case. The gun bore the serial number CHJ8719, and, upon further inspection, two rounds appeared to have been spent. Preliminary checks also indicated that the firearm had been manufactured outside the state of California.

Later, after obtaining a search warrant, officers conducted a search of Douglas' room. Among other things, officers discovered six plastic baggies in the trash containing approximately 3.56 grams of methamphetamine, a plastic bag under the sink containing approximately 6.75 grams of heroin, numerous additional empty baggies, 8-10 digital scales, and $706 in cash.

A records check regarding Douglas revealed numerous convictions in state court in San Diego, including at least the following:

| DATE | OFFENSE OF CONVICTION | SENTENCE |
|---|---|---|
| 12/14/1984 | 11359 - Possession for sale of marijuana | 180 days jail |
| 11/05/1993 | 11378 - Possession of a Controlled Substance for Sale (Felony) | 2 years prison |
| 11/28/1995 | 12021 - Felon in Possession of a Firearm (Felony) | 2 years prison |
| 09/21/1998 | 148.9 - False ID to Peace Officers (misdemeanor) | 294 days jail |
| 09/21/1998 | 11378 - Possession of a Controlled Substance for Sale (Felony) | 4 years prison |
| 10/15/1998 | 11377 - Possession of a Controlled Substance | 2 years prison |
| 03/11/2003 | 496 - Receiving Stolen Property | 2 years prison |

Douglas was Mirandized, and agreed to speak to officers without an attorney present. Douglas stated that he was a heroin and methamphetamine user, but admitted to selling portions of his drugs to others. Douglas claimed not to remember shooting the gun, but admitted that he had purchased it for protection approximately two and a half years ago. Douglas also stated that he had fired the gun once before in Skyline, but did not remember the details of that incident.