45


FILED
Dec 26 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/roiannb  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **18CR5557-L** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Secs. 922(g)(1) - Felon in Possession of a Firearm; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with intent to Distribute (Felony); Title 21, U.S.C., Sec. 841(a)(1) - Possession of Heroin with intent to Distribute (Felony); Title 18, U.S.C., Sec. 924(c)(1)(A) - Possession of Firearm in furtherance of a drug trafficking crime (Felony); Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d)(1); and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |
| MICHAEL HENRY DOUGLAS, | |
| Defendant. | |

The United States Attorney charges:

<u>COUNT 1</u>

On or about October 30, 2018, within the Southern District of California, defendant MICHAEL HENRY DOUGLAS, being a person who had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate commerce, to wit: a Smith and Wesson .38 caliber revolver bearing serial number CH8719, loaded with three rounds; in violation of Title 18, United States Code, Section 922(g)(1).

ALL:sc:12/21/18

### Count 2

On or about October 30, 2018, within the Southern District of California, defendant, MICHAEL HENRY DOUGLAS, did knowingly and intentionally possess, with intent to distribute, 500 grams and more, to wit: 3.56 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 3

On or about October 30, 2018, within the Southern District of California, defendant, MICHAEL HENRY DOUGLAS, did knowingly and intentionally possess, with intent to distribute, 100 grams and more, to wit: 6.75 grams of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 4

On or about October 30, 2018, within the Southern District of California, defendant, MICHAEL HENRY DOUGLAS, in furtherance of a drug trafficking crime, namely possessing with the intent to distribute methamphetamine and heroin as charged in Count 2 and Count 3, did knowingly possess and discharge a firearm, that is, a Smith and Wesson .38 caliber revolver; in violation of Title 18, United States Code, Section 924(c)(1)(A).

### FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 4 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

1   As a result of the commission of the felony offenses alleged in
2   Counts 2-3 of this indictment, said violations being punishable by
3   imprisonment for more than one year and pursuant to Title 21, United
4   States Code, Section 853(a)(1) and 853(a)(2), defendant MICHAEL HENRY
5   DOUGLAS shall, upon conviction, forfeit to the United States all his
6   rights, title and interest in any and all property constituting, or
7   derived from, any proceeds the Defendant obtained, directly or
8   indirectly, as the result of the offenses, and any and all property used
9   or intended to be used in any manner or part to commit and to facilitate
10  the commission of the violations alleged in Counts 2-3 and 5-6 of this
11  indictment.  The property to be forfeited includes, but is not limited
12  to: a Smith and Wesson .38 caliber revolver bearing serial number CH8719,
13  and approximately three rounds of .38 caliber ammunition.

Upon conviction of one or more of the offenses alleged in Counts 1 through 4 of this indictment, defendant MICHAEL HENRY DOUGLAS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: a Smith and Wesson .38 caliber revolver bearing serial number CH8719, and approximately three rounds of .38 caliber ammunition; all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: 12/26/18

ADAM L. BRAVERMAN
United States Attorney

ANDREW LIAO
Assistant U.S. Attorney

4