| | |
|---|---|
| 1 | Victor Pippins |
| 2 | California State Bar No. 251953 |
| | Law Office of Victor Pippins |
| 3 | 225 Broadway Suite 2100 |
| | San Diego, California 92101 |
| 4 | victor@pippinslaw.com |
| 5 | Attorneys for Mr. Douglas |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 18cr5557-L |
| Plaintiff, | Hon. M. James Lorenz |
| v. | Date: January 14, 2019 |
| | Time: 10:00 a.m. |
| MICHAEL HENRY DOUGLAS, | Notice Of Motions, Motions, And Memorandum In Support Of Mr. Douglas' Motions To: |
| Defendant. | 1) Compel discovery;<br>2) Preserve evidence; and<br>3) Obtain leave to file further motions |

TO: Adam Braverman, United States Attorney; and
Andrew Laio, Assistant United States Attorney:

Please take notice that on January 14, 2019 at 10:00 a.m.., or as soon thereafter as counsel may be heard, Michael Douglas, through his counsel, Victor Pippins, will ask this Court to enter an order granting the following motions.

/ / /

/ / /

/ / /

/ / /

# MOTIONS

Michael Henry Douglas, through his attorney, Victor Pippins, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

(1) Compelling Discovery;
(2) Preserving Evidence; and
(3) Granting Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached memorandum of points and authorities, and all other materials that may come to the Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: January 3, 2019

*s/ Victor Pippins*
Victor Pippins
Attorney for Mr. Douglas

Victor Pippins
California State Bar No. 251953
225 Broadway Suite 2100
San Diego, California 92101-5030

victor@pippinslaw.com

Attorneys for Mr. Douglas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL HENRY DOUGLAS,<br><br>   Defendant. | CASE NO.: 18cr5557-L<br><br>Memorandum Of Points and Authorities In Support Of Mr. Douglas' Motions |

I.

BACKGROUND

On November 9, 2018, a complaint was filed, charging Mr. Douglas with violations of Title 18, United States Code 922(g)(1), 924(c)(1)(A), and two violations of Title 21, United States Code, section 841(a)(1). He was arrested on November 28, 2018. He remains in custody. Mr. Douglas has pled not guilty to the charges. These motions follow.

II.

MOTION TO COMPEL DISCOVERY

Mr. Doulgas requests all discovery to which he is entitled under Federal Rule of Criminal Procedure 16, the United States Constitution, common law, or any other rule or statute. The request is not limited to items the Assistant United States Attorney is aware of, but includes all discovery that is in the custody, control, care, or knowledge of any "closely related investigative [or other] agencies." *United States v. Bryan*, 868 F.2d

1032 (9th Cir. 1989).

## III.

## MOTION TO PRESERVE EVIDENCE

Mr. Douglas requests the preservation of all physical evidence in this case. This includes any evidence that may be destroyed, lost, or otherwise put out of the possession, custody, or care of the government (or its private contractors) in this case. See *United States v. Riley*, 189 F.3d 802, 806-08 (9th Cir.1999). This request includes, but is not limited to: (1) the results of any fingerprint analysis; (2) Mr. Douglas' personal effects; (3) the agents' rough notes; (4) any radio broadcast or other audio, as well as any video, recording that depicts Mr. Douglas interacting with any federal or state agents on the day of his arrest; (5) any evidence seized from Mr. Douglas or any third party (i.e., material witnesses, co-defendants) in connection with this offense; (6) any alleged contraband seized in this case, as well as the container in which it was found.

It is requested that the prosecutor be ordered to question all the agencies, private contractors, and individuals involved in the prosecution and investigation of this case to determine if such evidence exists, and if it does exist, to inform those parties to preserve any such evidence.

## IV.

## MOTION FOR LEAVE TO FILE FURTHER MOTIONS

Mr. Douglas has received 44 discovery as of the filing of these motions, and requests leave to file further motions after he receives and reviews additional discovery.

/ / /

/ / /

/ / /

/ / /

## V.
## CONCLUSION

For the reasons stated, Mr. Douglas requests this Court grant his motions.

Respectfully submitted,

Dated: January 3, 2019

*s/ Victor Pippins*
Victor Pippins
Attorney for Mr. Douglas

## CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

    Andrew Liao
    Assistant U.S. Attorney

Respectfully submitted,

Dated: January 3, 2019          *s/ Victor Pippins*
                                         Victor Pippins
                                         Attorneys for Mr. Douglas